HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
REED GRANTHAM, Bar #294171
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL STUBER,<br><br>　　　　Defendant. | Case No.: 1:19-cr-000182-DAD-BAM<br><br>**ORDER GRANTING SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(C)** |

The Court hereby GRANTS the Defense request for authorization to issue a subpoena to King's County Sheriff's Office for documents as provided on the attached application.

IT IS SO ORDERED.

Dated: **November 20, 2019**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE