HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>　　　　　　　Defendants. | Case No.  1:19-cr-00182-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for May 11, 2020 at 1:00 p.m. be continued to **October 26, 2020 at 1:00 p.m.**

　　　On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This and previous General Orders were entered to address public health concerns related to COVID-19.  At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of October 26, 2020 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the public health crisis.

　　　To date, the government has provided discovery in the form of investigative reports,

photographs, and other video or audio files. Defense counsel continues to communicate with the government regarding additional specific discovery requests. Additionally, the parties are actively engaged in plea negotiations and exchanging information in order to advance negotiations and ensure all parties have complete information to consider in reaching an agreement. The parties will need additional time resolve the case or, alternatively, determine a motion schedule to propose to the Court. Mr. Stuber's defense investigator and counsel will also need time to contract with an expert to review physical evidence, which is being stores in Arizona and California, and the viewing of which is delayed as a result of the public health crisis. At this time an expert has been identified by a contract has not yet been approved or executed, and no travel arrangements have yet been made for evidence review. It is anticipated that physical evidence review may not happen until July 2020, at the earliest.

Based on the foregoing, the parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time up to an including October 26, 2020, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: May 7, 2020        /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 7, 2020        /s/ Megan T. Hopkins
MEGAN T. HOPKINS
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
MICHAEL STUBER

# O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for May 11, 2020 at 1:00 p.m. is hereby continued to **October 26, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period between May 11, 2020 and October 26, 2020, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 7, 2020**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE