1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   MEGAN T. HOPKINS, CA Bar #294141
3  Assistant Federal Defender
   Office of the Federal Defender
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  MICHAEL STUBER

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:19-cr-00182-DAD-BAM |
| 12            Plaintiff, | |
| 13  vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| 14  MICHAEL STUBER, | |
| 15            Defendant. | |

18       Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Michael Stuber, having been
19  advised of his right to be present at all stages of the proceedings, hereby requests that this Court
20  permit him to waive his right to personally appear at all non-substantive proceedings. Ms. Stuber
21  agrees that his interests shall be represented at all times by the presence of his attorney, the
22  Office of the Federal Defender for the Eastern District of California, the same as if he were
23  personally present, and requests that this Court allow his attorney-in-fact to represent him
24  interests at all times.
25  //
26  //
27  //
28  //

Respectfully submitted,

Date:  February 10, 2020    /s/ Original Signature on File
MICHAEL STUBER

HEATHER E. WILLIAMS
Federal Defender

Date: February 7, 2020    /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL STUBER

**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:  **May 11, 2020**

UNITED STATES DISTRICT JUDGE

Stuber - Request for Rule 43 Waiver

2