HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
REED GRANTHAM, Bar #294171
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-000182-DAD-BAM |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| MICHAEL STUBER, | |
| Defendant. | |

The Court hereby GRANTS the defendant's motion to modify the conditions of pretrial release, and modifies the conditions of release as follows:

It is ORDERED that the electronic monitoring condition and the corresponding curfew condition be removed.  It is FURTHER ORDERED that the defendant shall restrict his travel to the count(ies) of his residence and employment, and not travel outside of those counties without the prior approval of the pretrial services officer, EXCEPT for travel for court appearances, meetings with his attorney, religious services and as necessary to receive medical treatment.

/ / /

/ / /

/ / /

All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated:   **June 2, 2020**                           /s/ Dale A. Drozd
                                             UNITED STATES DISTRICT JUDGE