HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>           Defendants. | Case No.  1:19-cr-00182-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for October 26, 2020 at 1:00 p.m. be continued to **January 27, 2021 at 1:00 p.m.**

   At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of January 27, 2021 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the COVID-19 public health crisis.

   To date, the government has provided discovery in the form of investigative reports, photographs, and other video or audio files.  Defense counsel continues to communicate with the government regarding additional specific discovery requests.  Additionally, the parties are engaged in plea negotiations and exchanging information in order to advance negotiations and

ensure all parties have complete information to consider in reaching an agreement. The parties will need additional time resolve the case or, alternatively, determine a motion schedule to propose to the Court. Mr. Stuber's counsel is working with an expert to review discovery and arrange for review of physical evidence, which is being stored in Arizona and California, and the viewing of which is delayed as a result of the public health crisis.

Based on the foregoing, the parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time up to an including January 27, 2021, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  October 7, 2020         */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 7, 2020          */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
MICHAEL STUBER

# O R D E R

IT IS SO ORDERED that the status conference currently scheduled for October 26, 2020 at 1:00 p.m. is hereby continued to **January 27, 2021 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period between October 26, 2020 and January 27, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 7, 2020**          /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE