| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
|   | REED GRANTHAM, #294171 |
| 3 | Assistant Federal Defender |
|   | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
|   | Fresno, CA  93721-2226 |
| 5 | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 6 | Attorneys for Defendant |
|   | MICHAEL STUBER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MICHAEL STUBER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between The Unites States of America, by and through its attorney of record, Assistant United States Attorney Laurel Montoya, and defendant MICHAEL STUBER, by and through his attorneys of record, Assistant Federal Defenders Megan T. Hopkins and Reed Grantham, that Mr. Stuber's approved residence for the purposes of pretrial supervision be modified to his father's home in Hanford, CA.  The parties have consulted with the pretrial officer, who has no objection to the proposed change of residence.

Mr. Stuber has been residing with his brother in Tulare, CA since March, 2020. His brother does not have a spare bedroom, and so Mr. Stuber has been sleeping on the couch.  Mr. Stuber works at a farm located on his father's property in Hanford, CA, which is an approximately 25-minute drive from his brother's home in Tulare. Mr. Stuber sometimes works very early in the morning or very late at night, as required by the irrigation schedule for the farm's crops.  The proposed modification to allow Mr. Stuber to reside at his father's home will

provide him with a bedroom and a bed to sleep in, and eliminate the commute between Tulare and Hanford.

Mr. Stuber is in compliance with all conditions of pretrial release, including drug testing, mental health counselling and medication. The parties agree that the proposed modification is appropriate in light of the forgoing. A hearing is not requested in light of the parties' agreement.

**CONCLUSION**

Given that Mr. Stuber is in compliance with all conditions of pretrial release and in light of the availability of a more suitable residence for Mr. Stuber, the parties request that the Court modify Mr. Stuber's approved residence to his father's home in Hanford, CA. The complete address has been previously provided to the Pretrial Officer and has been approved in advance of this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: October 28, 2020        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
MICHAEL STUBER


MCGREGOR SCOTT
United States Attorney

DATED:  October 28, 2020        */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Michael Stuber, be Amended such that he is to reside at his father's home in Hanford, CA or at a residence approved in advance by pretrial services. All other conditions of pretrial release shall remain in force.

IT IS SO ORDERED.

Dated: **October 28, 2020**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE