HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MICHAEL STUBER, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for January 27, 2021 at 1:00 p.m. be continued to **March 24, 2021 at 1:00 p.m.**

At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of March 24, 2021 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the COVID-19 public health crisis.

To date, the government has provided discovery in the form of investigative reports, photographs, and other video or audio files.  Defense counsel continues to communicate with the government regarding additional specific discovery requests.  Additionally, the parties are engaged in plea negotiations and exchanging information in order to advance negotiations and

1   ensure all parties have complete information to consider in reaching an agreement.  The parties

2   will need additional time resolve the case or, alternatively, determine a motion schedule to

3   propose to the Court.

4          Based on the foregoing, the parties agree that the ends of justice are served by resetting

5   the status conference date outweigh the best interest of the public and the defendant in a speedy

6   trial.  Therefore the parties agree that time up to an including March 24, 2021, is excludable

7   pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8

9                                                    Respectfully submitted,

10                                                   MCGREGOR SCOTT
                                                     United States Attorney
11

12  DATED:  January 20, 2021               /s/ Laurel Montoya
                                                     LAUREL MONTOYA
13                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
14

15                                                   HEATHER E. WILLIAMS
                                                     Federal Defender
16

17  DATED: January 20, 2021                /s/ Megan T. Hopkins
                                                     MEGAN T. HOPKINS
18                                                   REED GRANTHAM
                                                     Assistant Federal Defender
19                                                   Attorneys for Defendant
                                                     MICHAEL STUBER
20

21

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2

     **IT IS SO ORDERED** that the status conference currently scheduled for January 27,

3

2021 at 1:00 p.m. is hereby continued to **March 24, 2021 at 1:00 p.m. before Magistrate**

4

**Judge Barbara A. McAuliffe**. The time period through March 24, 2021 is excluded under the

5

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice

6

served by granting the continuance outweigh the best interest of the public and the defendant in a

7

speedy trial.

8

9

IT IS SO ORDERED.

10

   Dated:   **January 20, 2021**          /s/ *Barbara A. McAuliffe*

11

                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28