1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950

   Attorneys for Defendant
   MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MICHAEL STUBER, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for September 29, 2021 at 1:00 p.m. be continued to **October 27, 2021 at 1:00 p.m.**

   At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of October 27, 2021 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the ongoing COVID-19 public health crisis.

   To date, the government has provided discovery in the form of investigative reports, photographs, and other video or audio files.  Defense counsel continues to communicate with the government regarding additional specific discovery requests.  Additionally, the parties are engaged in plea negotiations and exchanging information in order to advance negotiations.  The

1  parties will need additional time resolve the case, and do not wish to proceed to trial while plea
2  negotiations are active and productive.
3      Based on the foregoing, the parties agree that the ends of justice are served by resetting
4  the status conference date outweigh the best interest of the public and the defendant in a speedy
5  trial.  Therefore the parties agree that time up to an including October 27, 2021, is excludable
6  pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                                                Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 Acting United States Attorney

DATED:  September 15, 2021                */s/ Laurel Montoya*
                                                                LAUREL MONTOYA
                                                                Assistant United States Attorney
                                                                Attorney for Plaintiff

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

DATED: September 15, 2021                */s/ Megan T. Hopkins*
                                                               MEGAN T. HOPKINS
                                                               REED GRANTHAM
                                                               Assistant Federal Defender
                                                               Attorneys for Defendant
                                                               MICHAEL STUBER

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for September 22, 2021 at 1:00 p.m. is hereby continued to **October 27, 2021 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period through October 27, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 16, 2021**            /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE

STUBER: Stipulation and
Order to Continue Status Conference                     -3-