HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>                 Defendants. | Case No.  1:19-cr-00182-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for October 27, 2021 at 1:00 p.m. be continued to **December 8, 2021 at 1:00 p.m.**

At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties agree that additional time is necessary for defense preparation, investigation, and pre-plea negotiations, and the proposed date of December 8, 2021 will allow sufficient time for the parties to engage in the tasks set forth above notwithstanding any delays caused by the ongoing COVID-19 public health crisis.

To date, the government has provided discovery in the form of investigative reports, photographs, and other video or audio files.  Defense counsel continues to communicate with the government regarding additional specific discovery requests.  Additionally, the parties are engaged in plea negotiations and exchanging information in order to advance negotiations.  The

1  parties will need additional time resolve the case, and do not wish to proceed to trial while plea
2  negotiations are active and productive.
3       Based on the foregoing, the parties agree that the ends of justice are served by resetting
4  the status conference date outweigh the best interest of the public and the defendant in a speedy
5  trial.  Therefore the parties agree that time up to an including December 8, 2021, is excludable
6  pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                              Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

DATED:  October 13, 2021                      */s/ Laurel Montoya*
                                              LAUREL MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              HEATHER E. WILLIAMS
                                              Federal Defender


DATED: October 13, 2021                       */s/ Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              REED GRANTHAM
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              MICHAEL STUBER

STUBER: Stipulation and [Proposed]                   -2-
Order to Continue Status Conference

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for October 27, 2021 at 1:00 p.m. is hereby continued to **December 8, 2021 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period through December 8, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __October 13, 2021__          /s/ *Barbara A. McAuliffe*          
                                                         UNITED STATES MAGISTRATE JUDGE