HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MICHAEL STUBER, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 8, 2021 at 1:00 p.m. be continued to **February 9, 2022 at 1:00 p.m.**

At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties are actively engaged in plea negotiations and hope to resolve the case before the new proposed hearing date. The parties agree that additional time is necessary for pre-plea negotiations, and expect that the proposed date of February 9, 2022 will allow sufficient time to determine an appropriate date for change of plea or, in the alternative, a proposed trial schedule.

/ / /

/ / /

/ / /

1    Based on the foregoing, the parties agree that the ends of justice are served by resetting
2 the status conference date outweigh the best interest of the public and the defendant in a speedy
3 trial. Therefore the parties agree that time up to an including February 9, 2022, is excludable
4 pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  November 30, 2021        */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 30, 2021        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
MICHAEL STUBER

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for December 8, 2021 at 1:00 p.m. is hereby continued to **February 9, 2022 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period through February 9, 2022 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. If the parties do not resolve the case in advance of February 9, 2022, they shall be prepared to set a trial date at the status hearing.

IT IS SO ORDERED.

Dated: **November 30, 2021**          /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE