HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>   Defendants. | Case No. 1:19-cr-00182-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for February 9, 2022 at 1:00 p.m. be continued to **April 27, 2022 at 1:00 p.m.**

   At the Court's direction, the parties met and conferred regarding the status of defense counsel's discovery review, investigation, and preparedness for trial.  The parties are engaged in plea negotiations and hope to resolve the case before the new proposed hearing date.  Due to some personnel issues, the parties have been delayed in finalizing the terms of a plea agreement and are still actively working toward that goal.  The parties agree that additional time is necessary for pre-plea negotiations, and expect that the proposed date of April 27, 2022 will allow sufficient time to determine an appropriate date for change of plea or, in the alternative, a proposed trial schedule.

/ / /

/ / /

1    Based on the foregoing, the parties agree that the ends of justice are served by resetting
2    the status conference date outweigh the best interest of the public and the defendant in a speedy
3    trial.  Therefore the parties agree that time up to an including April 27, 2022, is excludable
4    pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                          Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

DATED: February 1, 2022             */s/ Laurel Montoya*
                                          LAUREL MONTOYA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: February 1, 2022             */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          REED GRANTHAM
                                          Assistant Federal Defenders
                                          Attorneys for Defendant
                                          MICHAEL STUBER

# O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for February 9, 2022, at 1:00 p.m. is hereby continued to **April 27, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** <u>The Court will not grant further continuances, absent good cause which will be narrowly construed, and will set a trial date at the April 27, 2022 status conference if the case is not resolved in advance of that status hearing.</u> The time period through April 27, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 2, 2022**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE