1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: 916-498-5700/Fax: 916-498-5710
5
   Attorneys for Defendant
6  MICHAEL STUBER

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-DAD-BAM |
| 12              Plaintiff, | **AMENDED** STIPULATION TO SET TRIAL CONFIRMATION AND JURY TRIAL DATE; AND ORDER |
| 13  vs. | |
| 14  MICHAEL STUBER, | JUDGE: Hon. Barbara A. McAuliffe |
| 15              Defendant. | |

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, that the status conference scheduled for April 27, 2022 at 1:00 p.m. be

19 vacated, and that a trial confirmation hearing bet set for **March 20, 2023 at 9:00 a.m.** and a jury

20 trial date be set for **April 25, 2023 at 9:00 a.m.**

21        The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

22 the Court should exclude time from the date of this order through April 25, 2023 for defense

23 preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code

24 T4].  The parties agree that the ends of justice are served by resetting the status conference date

25 outweigh the best interest of the public and the defendant in a speedy trial.

26 / / /

27 / / /

28

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 20, 2022                              /s/ Laurel Montoya
                                                   LAUREL MONTOYA
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff


                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

DATED: April 20, 2022                              /s/ Megan T. Hopkins
                                                   MEGAN T. HOPKINS
                                                   REED GRANTHAM
                                                   Assistant Federal Defenders
                                                   Attorneys for Defendant
                                                   MICHAEL STUBER


# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for April 27, 2022 at 1:00 p.m. is hereby vacated, a trial confirmation hearing is set for **March 20, 2023 at 9:00 a.m. before District Judge Dale A. Drozd** and a jury trial date is set for **April 25, 2023 at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time of trial is 6 days. The time through April 25, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 21, 2022**                        /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE

STUBER: Stipulation and [Proposed]           -2-
Order to Set Trial Date