1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: 916-498-5700/Fax: 916-498-5710**Error! Bookmark not defined.**
5
   Attorneys for Defendant
6  MICHAEL STUBER

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.  1:19-cr-00182-ADA-BAM |
|----|---|---|
| 12 | Plaintiff, | STIPULATION TO CONTINUE TRIAL CONFIRMATION AND JURY TRIAL DATE; ORDER |
| 13 | vs. | |
| 14 | MICHAEL STUBER, | JUDGE: Hon. Barbara A. McAuliffe |
| 15 | Defendant. | |

16
        IT IS HEREBY STIPULATED by and between the parties hereto through their
17
   respective counsel, that the trial confirmation hearing scheduled for March 20, 2023 at 1:00 p.m.
18
   and the jury trial scheduled to begin on April 25, 2023, be continued.  The parties request that the
19
   trial confirmation hearing be continued to **August 14, 2023 at 8:30 a.m.** and for the jury trial to
20
   begin on **August 29, 2023 at 8:30 a.m.**
21
        The parties are engaged in ongoing plea negotiations in the hopes of avoiding the
22
   necessity of trial in this matter. It is anticipated that if an agreement can be reached, the parties
23
   will vacate the confirmation hearing and trial date and seek to advance this matter for a change
24
   of plea.  If a plea agreement cannot be reached, the parties are available for trail beginning on
25
   August 29, 2023.
26
        The parties stipulate that for the purpose of computing time under the Speedy Trial Act,
27
   the Court should exclude time from the date of this order through August 14, 2023, for defense
28
   preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code

T4].  The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: February 27, 2023                */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        REED GRANTHAM
                                        Assistant Federal Defenders
                                        Attorneys for Defendant
                                        MICHAEL STUBER

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED: February 27, 2023                */s/ Laurel Montoya*
                                        LAUREL MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED** that the trial confirmation hearing set for March 20, 2023, be continued to **August 14, 2023 at 8:30 a.m.** and the jury trial shall commence on **August 29, 2023 at 8:30 a.m.**

The time through August 14, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   February 28, 2023

UNITED STATES DISTRICT JUDGE