PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00182-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING; ORDER |
| v. | DATE: July 26, 2023 |
| MICHAEL STUBER, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing on July 26, 2023.

2. By this stipulation, the government and defendants now move to continue the hearing until August 9, 2023 at 1:00 p.m.

3. The parties request that the Court set the following briefing schedule:

   a) The government's response is due on or about August 2, 2023.

   b) Any reply to be filed on or about August 7, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs. All of this discovery has been either produced

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

directly to counsel and/or made available for inspection and copying.. Defense counsel has requested additional discovery that the government needs to look in to and additional time is needed.

      b)    Plea negotiations between the parties are ongoing.

      c)    Counsel for the government needs additional time to respond to defendant's motion for bill of particulars.

      d)    The parties are hopeful that this matter will resolve making the motion filed in this matter moot.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time has previously been excluded to and through the jury trial date of August 29, 2023.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  July 18, 2023

/s/ REED GRANTHAM
REED GRANTHAM
MEGAN HOPKINS
Counsel for Defendant
MICHAEL STUBER

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

  IT IS SO ORDERED that the motion hearing is continued from July 26, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The government's response is due on August 2, 2023. Any reply to be filed on August 7, 2023. Time has previously been excluded to and through the jury trial date of August 29, 2023.

IT IS SO ORDERED.

  Dated:  **July 24, 2023**       /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE