HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00182-ADA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND SET PRETRIAL MOTION BRIEFING SCHEDULE; ORDER |
| vs. | |
| MICHAEL STUBER, | JUDGE: Hon. Ana De Alba |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the trial scheduled for August 29, 2023, at 8:30 a.m. be continued to **November 14, 2023, at 8:30 a.m.**, and that the trial confirmation hearing currently scheduled for August 14, 2023, at 8:30 a.m. be continued to **October 30, 2023, at 8:30 a.m.**

The pending defense motion for a bill of particulars, set for a hearing on August 9, 2023, at 1:00 p.m., is a necessary prerequisite to the defense's ability to confirm readiness for trial, as the outcome of the motion will inform the defense's legal theory and approach at trial. The defense does not anticipate being able to confirm readiness for trial within 20 days of the hearing on the motion for bill of particulars. Therefore, the parties met and conferred regarding mutually agreeable trial dates and a motion schedule, and jointly propose the following pretrial motion scheduled in addition to the requested continuance of the trial confirmation hearing and trial date, as set forth above:

1        Motions *In Limine* to be filed by **October 2, 2023**

2        Oppositions or Statements of Non-Opposition to be filed by **October 16, 2023**

3        Replies, if any, to be filed by **October 23, 2023**

4 The parties further request that a hearing on all pending pretrial motions be held on **October 30, 2023, at 8:30 a.m.** or as soon thereafter as the Court is available.

6        Based on the foregoing, the parties agree that the ends of justice are served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time up to an including November 14, 2023, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                                                                            Respectfully submitted,

                                                                                PHILLIP A. TALBERT
United States Attorney

DATED: July 24, 2023                      */s/ Laurel Montoya*
                                                               LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


                                                                                HEATHER E. WILLIAMS
Federal Defender

DATED: July 24, 2023                      */s/ Megan T. Hopkins*
                                                             MEGAN T. HOPKINS
REED GRANTHAM
Assistant Federal Defenders
Attorneys for Defendant
MICHAEL STUBER

# **O R D E R**

**IT IS SO ORDERED** that the trial confirmation hearing currently scheduled for August 14, 2023, at 8:30 a.m. is hereby continued to **October 30, 2023, at 8:30 a.m.** and the trial scheduled to begin on August 29, 2023, is continued to **November 14, 2023, at 8:30 a.m.  IT IS FURTHER ORDERED** that the pretrial motion schedule set forth above is adopted by this Court. The time period through November 14, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   July 26, 2023

_____
UNITED STATES DISTRICT JUDGE

STUBER: Stipulation and [Proposed] Order to Continue Trial Date              -3-