1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: 916-498-5700/Fax: 916-498-5710**Error! Bookmark not defined.**

   Attorneys for Defendant
   MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00182-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON DEFENSE MOTION FOR BILL OF PARTICULARS AND RESET DEADLINE FOR OPPOSITION; ORDER |
| vs. | |
| MICHAEL STUBER, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant, | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the hearing on the defense motion for bill of particulars currently scheduled for August 9, 2023, at 1:00 p.m. be continued to **September 27, 2023, at 1:00 p.m.**, and that the government's opposition or statement of non-opposition be due no later than **September 20, 2023.**

The parties are actively engaged in plea negotiations with a new pending offer recently provided by the government. The defense anticipates that acceptance of the offer would render the motion for bill of particulars moot. In an effort to conserve the time and resources of the Court, the parties agree that a brief continuance to permit Mr. Stuber to consider the pending offer and allow for any ongoing negotiations necessary to reach a resolution in this matter to take place, is appropriate.

///

Time has previously been excluded in this matter up to an including November 14, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

DATED: August 7, 2023                     */s/ Laurel Montoya*
                                                LAUREL MONTOYA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: August 7, 2023                     */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                REED GRANTHAM
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                MICHAEL STUBER

**O R D E R**

**IT IS SO ORDERED** that the hearing on the defense motion for bill of particulars currently scheduled for August 9, 2023, at 1:00 p.m. is hereby continued to **September 27, 2023, at 1:00 p.m.**, and that the government's opposition or statement of non-opposition shall be filed on or before **September 20, 2023.**

IT IS SO ORDERED.

Dated: **August 7, 2023**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE