HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>   Defendant. | Case No.  1:19-cr-00182-ADA<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br><br>JUDGE: Hon. Ana De Alba |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that this matter be set for a change of plea hearing on September 18, 2023 at 8:30 a.m., and that the hearing on the defense motion for bill of particulars, trial confirmation hearing, and trial date be vacated following Mr. Stuber's entry of plea.

The parties have entered into a written plea agreement filed at ECF 123. Pursuant to the plea agreement and in the interest of expediency, Mr. Stuber wishes to enter a change of plea on September 18, 2023, at 8:30 a.m., or as soon thereafter as the Court is available.

Time has previously been excluded in this case up to an including November 14, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 6, 2023 | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>REED GRANTHAM<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>MICHAEL STUBER |
| | |
| | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: September 6, 2023 | */s/ Laurel Montoya*<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# **O R D E R**

This matter is **HEREBY SET** for a **CHANGE OF PLEA** on September 18, 2023, at 8:30 a.m. The defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: ___September 7, 2023___          _____

                                                                                  UNITED STATES DISTRICT JUDGE