HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL STUBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>Defendant. | Case No. 1:19-cr-00182-CRB-BAM<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER**<br><br>Date:  May 9, 2024<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael Stuber, that the preliminary hearing currently scheduled for April 4, 2024, at 2:00 p.m., be continued to May 9, 2024, at 2:00 p.m.

Mr. Stuber made his initial appearance on March 21, 2024. *See* Dkt. #141. Mr. Stuber was released subject to an additional condition imposed by the Court. *See* Dkt. #140-141. At that time, a preliminary hearing was scheduled for April 4, 2024. *See* Dkt. #141. Undersigned counsel is monitoring whether a charge will be filed in Kings County Superior Court as Mr. Stuber is scheduled to appear there on April 15, 2024. The potential charge relates to the allegations in the instant supervised release violation petition.

The parties are currently monitoring the state court proceeding to see if a charge will be filed. The parties are requesting that the preliminary hearing currently set for April 4, 2024, be continued to May 9, 2024, so that the parties can continue to monitor the state court proceeding and to engage in discussions regarding this matter.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 25, 2024          */s/ Laurel Montoya*
                              LAUREL MONTOYA
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: March 25, 2024          */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              MICHAEL STUBER

Stuber – Stipulation
and Proposed Order

**O R D E R**

IT IS SO ORDERED that the Preliminary Examination hearing is continued from April 4, 2024, to **May 9, 2024, at 2:00 p.m. in Courtroom 9 before Duty Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: __March 27, 2024__    _____/s/ Barbara A. McAuliffe_____
                                                        UNITED STATES MAGISTRATE JUDGE