MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for Defendant,
Michael Stuber

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL STUBER,<br><br>　　　　Defendant. | Case No.: 1:19-CR-00182-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: July 28, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**TO: THE HONORABLE JENNIFER L. THURSTON, JUDGE FOR THE UNITED STATES EASTERN DISTRICT OF CALIFORNIA; AND TO KIMBERLY A. SANCHEZ, ACTING UNITED STATES ATTORNEY, AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Sentencing hearing in the above captioned matter now set for July 28, 2025 at 9:00 a.m., be continued to September 29, 2025 at 9:00 a.m. The continuance is requested by Michael W. Berdinella, Counsel for Defendant Michael Stuber. Probation Officer Adam Tunison, and Early Intervention Administrator Kathy Grinstead will need additional time to ensure that Mr. Stuber has a plan on release that addresses his diagnosis of Autism Spectrum Disorder and for possible treatment thereof. Counsel for Defendant Michael Stuber agrees to exclude time until September 29, 2025.

The parties have further agreed and stipulated to the following:

1. Counsel for defendant Stuber has represented that he has discussed this matter with USPO Tunison.
2. The parties have agreed to recommend a sentence of nine (9) months that will include the time that Mr. Stuber spent in the Bureau of Prison Metropolitan Detention Center in Los Angeles, California.
3. The parties have agreed to recommend that Mr. Stuber to be released from custody of the Central Valley Annex, in McFarland, California on September 30, 2025.
4. The parties have agreed to recommend there be no supervised release to follow the period of incarceration imposed by the Court.
5. The parties understand and agree that the Court is not bound by this agreement regarding the sentencing of Mr. Stuber.

DATED: July 18, 2025        Respectfully submitted,

                            /s/ Michael W. Berdinella
                            Michael W. Berdinella
                            Attorney for Defendant
                            Michael Stuber

DATED: July 18, 2025

                            /s/ Laurel J. Montoya
                            Laurel J. Montoya
                            Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the Sentencing date of Michael Stuber is continued until September 29, 2025 and that time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: July 21, 2025

_____
UNITED STATES DISTRICT JUDGE