MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant/Petitioner,
Michael Stuber

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             Plaintiff,<br><br>     vs.<br><br>**Michael Stuber,**<br><br>             Defendant. | Case No.: 1:19-CR-00182-JLT-BAM<br><br>**RELEASE ORDER FOR DEFENDANT MICHAEL STUBER**<br><br>**SENTENCING DATE: September 29, 2025**<br>**JUDGE: HON. Jennifer L. Thurston**<br>**TIME:  8:30 a.m.** |

**It is Hereby Ordered** that Michael Stuber (DOB 07/08/1969, Federal Marshal's No. 78382-097) be released from the Central Valley Annex in McFarland, CA to his father, Paul Stuber, DOB 08/11/1939 at 8:00 a.m., on September 30, 2025.

Michael Stuber will be released as Ordered with no Supervised Release to Follow.

IT IS SO ORDERED.

Dated:   **September 29, 2025**

_(signed) Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE